UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY CALHOUN,

                Plaintiff,

v.

PETER ROBINSON, et al.,

                Defendants.

No. C08-5744 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION TO STRIKE HEARING AND PLEADINGS ON MOTION TO EXTEND TIME

This matter is before the Court on Defendants' Motion to Strike Pleadings (Dkt. 41), relating to Defendants' motion for extension of time. Having considered Defendants' Motion, the pleadings in support and opposition thereto, and the remaining court file, the Court finds that good cause exists to strike the Motion to Extend Time and the associated pleadings (Dkts. 34-37). Accordingly, it is **ORDERED:**

    1)     Defendants' Motion to Strike the Hearing on their Motion to Extend Time (Dkt. 41) is **GRANTED**. The Motion and its associated pleadings (**Dkts. 34-37**) **are stricken** and the hearing removed from the Court's calendar.

    2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this <u>28th</u> day of September, 2009.

                                      *Karen L. Strombom*
                                      Karen L. Strombom
                                      United States Magistrate Judge

ORDER GRANTING MOTION TO STRIKE - 1