# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

RICKEY CALHOUN,

        Plaintiff,

  v.

PETER ROBINSON, et al.

        Defendants.

NO. C08-5744 RJB/KLS

ORDER DENYING MOTION TO REINSTATE RULE 56(F) MOTION

Before the Court is Plaintiff's Motion to Reinstate his Rule 56(f) motion. Dkt. 69. The motion is **DENIED as** moot in light of the Court's Order of October 13, 2009 granting an extension of the discovery deadline and re-noting Defendants' summary judgment motion. Dkt. 70.

DATED this  23rd  day of November, 2009.

                                Karen L. Strombom
                                United States Magistrate Judge