UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RICKEY CALHOUN, | No. C08-5744 RJB/KLS |
|---|---|
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO TRANSCRIBE DEPOSITIONS |
| v. | |
| PETER ROBINSON, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Rickey Calhoun's motion to have depositions transcribed. Dkt. 74. Mr. Calhoun states that he has contacted a court reporter who is willing to transcribe the tapes. *Id.*

Mr. Calhoun does not need a court order to proceed with obtaining transcripts of the depositions taken in this matter. The parties were previously advised that the Court fully expected them to confer and come to an agreement regarding the handling of written depositions, including who shall "prepare, certify and file or mail the deposition in the manner provided by Rule 30(c), (e) and (f) and who shall be the party to retain the originals of the answers to the written questions (with copies provided to the other party). Dkt. 70, p. 10.

ORDER ON MOTION TO TRANSCRIBE DEPOSITIONS - 1

Accordingly, Plaintiff's motion to have the depositions of defendants transcribed (Dkt. 74) is **DENIED.** The clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  23rd  day of November, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER ON MOTION TO TRANSCRIBE DEPOSITIONS - 2