**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RICKEY CALHOUN,<br><br>                        Plaintiff,<br><br>  v.<br><br>PETER ROBINSON, et al.<br><br>                        Defendants. | NO. C08-5744 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION |

Before the court is Plaintiff's "Notice to the Court of Response to Summary Judgment." Dkt. 80. Plaintiff requests that he be granted an extension until December 31, 2009 to submit his response to the Defendants' motion for summary judgment (Dkt. 52), which was previously renoted by the court for December 11, 2009. Dkt. 70. Plaintiff did not note his "notice" for the court's review and it only recently came to the court's attention. Plaintiff filed his response to the Defendants' motion for summary judgment on December 31, 2009. Dkt. 81.

Having reviewed Plaintiff's motion and balance of the record, the court **ORDERS:**

(1) Plaintiff's motion for an extension to file his response (Dkt. 80) on December 31, 2009 is **GRANTED.**

1     (2)    Defendants may file a reply **on or before January 22, 2010.** Defendants' motion for summary judgment (Dkt. 52) is re-noted for **January 22, 2010**.

    (3)    The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  7th  day of January, 2010.

Karen L. Strombom
United States Magistrate Judge