# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICKEY CALHOUN

       v.

PETER ROBINSON, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5744 RJB/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT


(1)    The Court adopts the Report and Recommendation; and

(2)    Defendants' Motion for Summary Judgment (Dkt. 52) is **GRANTED and this case is DISMISSED WITH PREJUDICE**.


| April 26, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                        *s/ Mary Trent*
                                        Deputy Clerk